No. 91–894. MAXIE ET AL. *v.* FELIX. C. A. 9th Cir. Certiorari denied.

No. 91–896. PERRY *v.* COMMAND PERFORMANCE. C. A. 3d Cir. Certiorari denied.

No. 91–897. RHODES *v.* LUMMUS INDUSTRIES, INC. C. A. 9th Cir. Certiorari denied.

No. 91–910. SUMMERS ET AL. *v.* JOHNSON. Sup. Jud. Ct. Mass. Certiorari denied.

No. 91–916. COCHRAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–922. STROH BREWERY CO. *v.* DIRECTOR OF THE NEW MEXICO DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL ET AL. Sup. Ct. N. M. Certiorari denied.

No. 91–926. LINDE *v.* CARRIER COAL ENTERPRISES, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 91–931. STEPHENS ET AL. *v.* MCKINNEY ET AL. C. A. 11th Cir. Certiorari denied.

No. 91–932. JAMES *v.* SUBSEQUENT INJURY TRUST FUND ET AL. Sup. Ct. Ga. Certiorari denied.

No. 91–933. UNITED MINE WORKERS OF AMERICA 1974 BENEFIT PLAN AND TRUST ET AL. *v.* LTV STEEL CO., INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 91–937. STEIGERWALD *v.* RODEHEAVER, COUNTY CLERK OF HARRIS COUNTY, TEXAS, ET AL. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 91–943. UNITED STATES *v.* WALKER. C. A. 10th Cir. Certiorari denied.

No. 91–949. HOLLAENDER MANUFACTURING CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied.